NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-7031

RUBY MCFADDEN,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in case no. 07-3529, Judge Lawrence B. Hagel.

ON MOTION

ORDER

Upon consideration of Ruby McFadden's motion for an extension of time, until March 22, 2010, to file her informal brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 25 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Ruby McFadden (informal brief form enclosed)
James R. Sweet, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 25 2010

JAN HORBALY
CLERK